MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Gabriela Espinoza*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIELA ESPINOZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MDC RESTAURANTS, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:26-cv-03503-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Gabriela Espinoza ("Plaintiff") and Defendant MDC Restaurants, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint in this action on October 22, 2026.[1]

2. Defendant was served with the Summons and Complaint on November 6, 2026.[2] Defendant's current deadline to answer or otherwise respond to the Complaint is November 27,

[1] ECF No. 1

[2] ECF No. 5

2026.

3. Defendant has recently retained counsel, Aviva Y. Gordon, Esq. of Gordon Law, LLC, who requires additional time to review the allegations of the Complaint, investigate the claims, and prepare an appropriate response.

4. Accordingly, the parties stipulate and agree that Defendant shall have up to and including **December 23, 2026**, to answer or otherwise respond to Plaintiff's Complaint.

5. This is the first request for an extension of this deadline. The request is made in good faith and not for the purpose of delay, and the parties do not anticipate that the extension will prejudice any party or affect any other deadline in this matter.

IT IS SO STIPULATED.

DATED: November 20, 2026

GREENBERG GROSS LLP
*/s/ Michael A. Burnette*
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
1980 Festival Plaza Drive,
Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Gabriela Espinoza*

GORDON LAW, LLC
*/s/ Aviva Y. Gordon*
AVIVA Y. GORDON
Nevada Bar No. 5333
1820 E. Warm Springs, Ste 115
Las Vegas, Nevada 89115
Telephone: (702) 527-5557
Facsimile: (702) 527-5559

*Attorney for Defendant*
*MDC Restaurants, LLC*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:

November 23, 2026